IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KINGSDALE PROPERTIES, LLC, an Oklahoma limited liability company, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 5:15-CV-00406-L |
| ASPEN SPECIALTY INSURANCE COMPANY, | ) ) ) ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

By and through their respective undersigned counsel, Plaintiff Kingsdale Properties, LLC, and the Defendant, Aspen Specialty Insurance Company, hereby advise this Honorable Court that the above entitled and numbered cause has been amicably settled and fully compromised, and hereby stipulate and agree to dismissal with prejudice of all claims asserted in this lawsuit, with costs of court taxed against the party incurring them, and with each party to bear its own attorneys' fees and costs.

IT IS SO STIPULATED AND AGREED.

Dated: March 30th, 2016.

1

_____
Robert J. Haupt, OBA No. 18940
Ryan M. Eitzmann, OBA No. 22556
NATIONAL LITIGATION LAW GROUP
a professional limited liability company
42 Shepherd Center
2401 Northwest Twenty Third Street
Oklahoma City, Oklahoma 73107
405.835.6250 – telephone
405.835.6244 – facsimile
rhaupt@nationlit.com
reitzmann@nationlit.com
*ATTORNEYS FOR PLAINTIFF,*
*KINGSDALE PROPERTIES, LLC*

**LOBMAN, CARNAHAN, BATT,**
**ANGELLE & NADER**

BY: _____
**JAMES P. NADER, OBA #32156**
**CHARLES R. RUMBLEY, LA 29666**
400 Poydras St., Suite 2300
New Orleans, LA 70130
Telephone: (504) 586-9292
Facsimile: (504) 586-1290
jpn@lcba-law.com

**and**

**ANDREA R. RUST, OBA #30422**
**MILLER DOLLARHIDE**
210 Park Avenue, Suite 2550
Oklahoma City, OK 73102
Telephone: (405) 236-8541
Facsimile: (405) 235-8130
arust@millerdollarhide.com

*Attorneys for Aspen Specialty Insurance Company*

2